# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
       **Plaintiff,**

  v.                                                     **Case No. 16-CR-147**

**ELHAM ABDUL RAHIM**
               **Defendant.**

## ORDER

**IT IS ORDERED** that defendant's motion for in camera review of a third party's pre-sentence report is **GRANTED**. See <u>United States v. Mitchell</u>, 178 F.3d 904, 907-08 (7th Cir. 1999); Fed. R. Crim. P. 16(d); Crim. L.R. 32(a)(1). On review, I conclude that the report appears to contain information that is exculpatory and/or relevant to the defense and thus authorize its disclosure to defendant.[1]

Dated at Milwaukee, Wisconsin, this 17th day of April, 2018.

                                        /s Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge

---

[1] Because the report appears to contain pertinent material interspersed through the offense conduct, criminal history, and offender characteristics sections, disclosing portions of the report is impractical. And given the circumstances, the strong interest in maintaining the confidentiality of pre-sentence reports does not apply with the usual force here.